

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## JACKSON DIVISION

**HELEN BROWN**                                                              **PLAINTIFF**

**VS.**                                              CIVIL ACTION NO. 3:09cv 221-DPJ-JCS

**MISSISSIPPI DIVISION OF MEDICAID**                                  **DEFENDANT**

### NOTICE OF REMOVAL

To the Honorable Judges of the United States District Court for the Southern

District of Mississippi, Jackson Division:

Please take notice that, pursuant to 28 U.S.C. §§ 1441 and 1446, Defendant

Mississippi Division of Medicaid hereby removes this action from the Circuit Court of

Hinds County, Mississippi, to the United States District Court for the Southern District of

Mississippi, Jackson Division.  Defendant, by its undersigned attorney, would respectfully

show the Court the following grounds for removal:

On March 5, 2009, the above-entitled action was filed against Mississippi Division

of Medicaid in the Circuit Court of Hinds County, Mississippi.  The action was assigned

civil action number 251-09-231CIV, and is styled *Helen Brown vs. Mississippi Division of*

*Medicaid.*

On March 27, 2009, Mississippi Division of Medicaid received copies of the

Summons and Complaint in the above-entitled action.  This removal is timely under 28

U.S.C. § 1446(b), which provides that a defendant may remove a case within thirty (30)

days after receiving a copy of the initial pleading.

No further proceedings have been had in the Circuit Court of Hinds County,

Mississippi.

The proper venue for this removed action is the United States District Court for the

Southern District of Mississippi, Jackson Division. *See* 28 U.S.C. §§ 1446(a) and 104(b)(1).

This court has subject matter jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1367(a). Plaintiff alleges in her Complaint that the Defendant has violated 42 U.S.C. §2000e, *et seq.* and 42 U.S.C. §1981. *See* Complaint at ¶ 3. Because this court has original jurisdiction of the above-entitled action pursuant to 42 U.S.C. § 1331, this action may be removed to this court pursuant to 28 U.S.C. § 1441(a).

In accordance with 28 U.S.C. § 1446(a), Defendant has attached a copy of all process and pleadings served upon it as composite "Exhibit A" filed herewith.

As required by 28 U.S.C. § 1446(d), a copy of this Notice of Removal has been mailed to all counsel of record and to the clerk of the Circuit Court of Hinds County, Mississippi.

**WHEREFORE,** Defendant Mississippi Department of Education moves that the above-entitled action be removed from Circuit Court of Hinds County, Mississippi, to this Court.

Respectfully submitted, this the 3rd day of April, 2009.

> **MISSISSIPPI DIVISION OF MEDICAID**
> **Defendant**
>
> BY:    **JIM HOOD, ATTORNEY GENERAL**
>        **STATE OF MISSISSIPPI**
>
> BY:    _____
>        PETER W. CLEVELAND, MSB NO. 6301
>        SPECIAL ASSISTANT ATTORNEY GENERAL

Office of the Attorney General
Civil Litigation Division
Post Office Box 220
Jackson, Mississippi  39205-0220
Telephone: (601) 359-3822
Facsimile:  (601) 359-2003

### CERTIFICATE OF SERVICE

This is to certify that I, Peter W. Cleveland, Special Assistant Attorney General for

the State of Mississippi, have this date caused to be mailed, via United States Postal

Service, postage prepaid, a true and correct copy of the above *Notice of Removal* to the

following:

Louis H. Watson, Jr., Esq.
Nick Norris, Esq.
LOUIS H. WATSON, JR., P.A.
520 East Capitol Street
Jackson, MS 39201

**THIS**, the 3rd day of April, 2009.

PETER W. CLEVELAND