UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

HELEN BROWN                                                                                                PLAINTIFF

V.                                                              CIVIL ACTION NO. 3:09cv221-DPJ-FKB

MISSISSIPPI DIVISION OF MEDICAID                                                      DEFENDANT

## JUDGMENT

Consistent with the Jury Verdict rendered in this cause on September 29, 2010, the Court finds that a judgment should be entered in favor of the Defendant Mississippi Division of Medicaid.

**SO ORDERED AND ADJUDGED** this the 5th day of October, 2010.

s/ *Daniel P. Jordan III*
UNITED STATES DISTRICT JUDGE